**United States District Court**
For the Northern District of California

1
2
3
4                                                          *E-Filed 8/20/12*
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12   ANTHONY CLARKE,                    No. C 12-0382 RS (PR)
13          Plaintiff,                  **ORDER OF DISMISSAL**
14        v.
15   MATTHEW CATE, et al.,
16          Defendants.
17   _____/
18
19        This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42
20   U.S.C. § 1983.  Mail sent by the Court to plaintiff was returned as undeliverable more than
21   60 days ago.  Accordingly, the action is hereby DISMISSED because plaintiff failed to keep
22   the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he
23   failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).  The Clerk shall enter
24   judgment in favor of defendants and close the file.
25        **IT IS SO ORDERED**.
26   DATED:  August 20, 2012
27                                        RICHARD SEEBORG
                                          United States District Judge
28