*E-Filed 8/20/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHONY CLARKE,               No. C 12-0382 RS (PR)

    Plaintiff,                **ORDER OF DISMISSAL**

  v.

MATTHEW CATE, et al.,

    Defendants.

    This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago.  Accordingly, the action is hereby DISMISSED because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).  The Clerk shall enter judgment in favor of defendants and close the file.

    **IT IS SO ORDERED**.

DATED: August 20, 2012

                                                 RICHARD SEEBORG
                                                 United States District Judge